

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00622-CR

Deborah Ann **DANKO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CR-000789
Honorable Frank J. Castro, Judge Presiding

PER CURIAM

Sitting: Lori I. Valenzuela, Justice
    Lori Massey Brissette, Justice
    Adrian A. Spears II, Justice

Delivered and Filed: November 5, 2025

DISMISSED

Pursuant to a plea bargain, appellant was placed on deferred adjudication community supervision on February 12, 2025. On August 1, 2025, the trial court signed an "Order Amending Conditions of Community Supervision." On September 26, 2025, appellant filed a *pro se* notice of appeal, appearing to appeal the trial court's order amending the conditions of community supervision. Because this court does not have jurisdiction to consider an appeal from an order altering or modifying the conditions of community supervision, we ordered appellant to show

cause why this appeal should not be dismissed. *See Davis v. State*, 195 S.W.3d 708, 710–11 (Tex. Crim. App. 2006); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.). Appellant has not responded. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH